IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| HOLLI TELFORD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MONTANA LAND EXCHANGE, M. STOSICH, DOES REALTORS OF MONTANA LAND EXCHANGE, STAR VALLEY RANCH TOWN, DOES EMPLOYEES OF TOWN, and U.S. BANK,<br><br>　　　　Defendants. | CV 19-2-BU-BMM-JCL<br><br>FINDINGS AND RECOMMENDATION |

　　　Plaintiff Holli Telford, proceeding pro se, commenced this action by filing her complaint and an application requesting leave to proceed in forma pauperis. By Order entered January 8, 2019, the Court granted her application pursuant to 28 U.S.C. § 1915(a).

　　　The Court also reviewed Telford's pleading as required by 28 U.S.C. § 1915(e)(2), and found that, as pled, the pleading failed to state a claim upon which relief could be granted and, therefore, was subject to dismissal. But the Court granted Telford an opportunity to file an amended complaint to cure deficiencies noted by the Court.

1

Telford's amended complaint was originally due on February 8, 2019, but upon Telford's motion the Court extended the deadline for her amended complaint until February 28, 2019. Review of the record in this case, however, reflects that Telford did not file her amended complaint.

Therefore, for the reasons stated in the Court's January 8, 2019 Order, IT IS HEREBY RECOMMENDED that this action be DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(2) for failure to state a claim upon which relief could be granted.

DATED this 4th day of March, 2019.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge