UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| HOLLI TELFORD,<br><br>              Plaintiff,<br><br>vs.<br><br>MONTANA LAND EXCHANGE ET AL,<br><br>              Defendants. | CV-19-002-BU-BMM-JCL<br><br>AGREEMENT TO ALLOW PRO SE PARTY TO FILE BY E-MAIL |

    Pursuant to Local Rule 83.8(c), the clerk of court hereby agrees to accept by e-mail scanned documents submitted by Holli Telford for filing in the electronic record of this case, so long as all documents submitted by e-mail are in PDF format, produce a legible electronic image, no larger than 15 MB, submitted from email address hollitelford@gmail.com, submitted to prosefilings@mtd.uscourts.gov, and hand signed by Holli Telford.

    Permission to file by e-mail is limited to this case only and may be revoked by the clerk at any time.

    DATED this 18th day of March, 2019.

                                        TYLER P. GILMAN, CLERK
                                        UNITED STATES DISTRICT COURT

                                        /s/ A. Puhrmann
                                        A. Puhrmann
                                        Deputy Clerk