UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| HOLLI TELFORD,<br><br>               Plaintiff,<br><br>vs.<br><br>MONTANA LAND EXCHANGE, M. STOSICH, DOES REALTORS OF MONTANA LAND EXCHANGE, STAR VALLEY RANCH TOWN, DOES EMPLOYEES OF TOWN, US BANK,<br><br>               Defendants. | Case No. CV-19-002-BU-BMM-KLD<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 20), this matter is DISMISSED without leave to amend.

    Dated this 25th day of September 2019.

                                     TYLER P. GILMAN, CLERK

                                     By: /s/ Heidi Gauthier
                                     Heidi Gauthier, Deputy Clerk