# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MONTANA, BUTTE DIVISION

| | | |
|---|---|---|
| HOLLI TELFORD | : | CIVIL NO. **CV 19-2-BU-BMM-KLD** |
| Plaintiff | : | 1. **PLAINTIFF'S REQUEST TO WITHHOLD RULING ON PLAINTIFF'S SECTION 144 AFFIAVIT UNTIL SHE HAS HAD THE FAIR OPPORTUNITY TO AMEND AND SUPPLEMENT HER SECTION 144 AFFIDAVIT DURING THE 28 DAY RULE 59 CHALLENGE PERIOD** |
| v. | : | |
| MONTANA LAND EXCHANGE; THE ESTATE OF MICHAEL STOSICH; BOB YOUNG, FIRST AMERICAN CORP. aka FIRST AMERICAN TITLE INSURANCE aka FIRST AMERICAN PROPERTY and CASUALTY INSURANCE AGENCY SOUTHERN MONTANA TITLE; VIVIAN DEHL; R. THOMAS BAILEY M0TNAEJ INVESTMENTS; STAR VALLEY RANCH TOWN; SARA BENNETT, and DOES 1-10 INCLUSIVE | : | 2. **PLAINTIFF CANNOT PRESENTLY SUPPLEMENT HER SECTION 144 AFFIDAVIT AND SEPARATELY ADDRESS A RULE 59 OBJECTION BECAUSE SHE IS PRESENTLY IN IN CUSTODY FOR DRIVING ON A VOID DRIVER'S LICENSE SUSPENSION ORDER IN WYOMING AND WHICH REQUIRES IMMEDIATE ATTENTION** |
| Defendants | | |

_____

    COMES NOW Plaintiff HOLLI LUNDAHL to REQUEST WITHHOLDING OF RULING ON PLAINTIFF'S SECTION 144 AFFIDAVIT UNTIL PLAINTIFF HAS HAD AN OPPORTUNITY TO AMEND AND SUPPLEMENT HER SECTION 144 AFFIDAVIT (the first part filed within the 10 day period provided under that statute) . . DURING THE 28 DAY RULE 59 CHALLENGE PERIOD.

    Plaintiff's makes this request to reserve disposition on her section 144 affidavit because Plaintiff is presently in custody in Wyoming for driving on a VOID Driver's License Suspension Order and which requires Plaintiffs immediate attention to address Plaintiff's

1

liberty interests.

As soon as Plaintiff's addresses her present liberty interests by order of a Wyoming state court or federal Habeas Petition, Plaintiff intends on supplementing her section 144 affidavit by Amendment and completing a full rule 59 objection before the 28 day period expires under statute.

Dated: October 5, 2019

_____
Holli Telford
P.O. Box 9262
Rapid City, South Dakota 57702
hollitelford@gmail.com

Certificate of Service
The above signed has not yet served any defendant and therefore this petition is directed to the court only.