# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| HOLLI TELFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MONTANA LAND EXCHANGE, M. STOSICH, DOES REALTORS OF MONTANA LAND EXCHANGE, STAR VALLEY RANCH TOWN, DOES EMPLOYEES OF TOWN, AND U.S. BANK,<br><br>　　　　　Defendants. | **CV 19-2-BMM-KLD**<br><br>**ORDER** |

This Court issued an order adopting Judge Johnston's Findings and Recommendations on September 25, 2019. (Doc. 20.) The Clerk entered a final judgment later that day. (Doc. 21.) Plaintiff Holli Telford ("Telford") filed an affidavit to disqualify a little over a week later. (Doc. 22.) Telford also filed a motion to withhold judgment nearly two weeks after the final judgment. (Doc. 23.) This case ended when the Clerk entered final judgmnet on September 25, 2019. Both of Telford's motions are denied. The proper venue for any of her arguments are on appeal before the Ninth Circuit.

## ORDER

Accordingly, **IT IS ORDERED**:

1. Telford's affidavit to disqualify (Doc. 22) is **DENIED.**

2. Telford's motion to withhold judgment (Doc. 23) is **DENIED.**

DATED this 17th day of October, 2019.

_____
Brian Morris
United States District Court Judge