# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| HOLLI TELFORD,<br><br>    Plaintiff,<br><br>v.<br><br>MONTANA LAND EXCHANGE, M. STOSICH, DOES REALTORS OF MONTANA LAND EXCHANGE, STAR VALLEY RANCH TOWN, DOES EMPLOYEES OF TOWN, and U.S. BANK,<br><br>    Defendants. | CV-19-2-BMM-KLD<br><br>**ORDER** |

Plaintiff Holli Telford ("Telford") filed an affidavit under 28 U.S.C. § 144 on October 4, 2019. (Doc. 22.) Telford then filed a motion to withhold ruling on her affidavit on October 7, 2019. (Doc. 23.) This Court denied Telford's motions. (Doc. 24.) Telford filed a motion to vacate that order. (Doc. 25.) Telford then filed a notice of appeal that included this Court's denial of Docs. 22 and 23. (Doc. 26.)

"The filing of a notice of appeal . . . confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam); *Townley v. Miller*, 693 F.3d 1041, 1042 (9th Cir. 2012)

1

(holding that under *Griggs* the appellate court has jurisdiction over appeals from a district court order); *BNSF Ry. Co. v. Feit*, No. 10-cv-54, No. 11-cv-01, 2014 WL 12769807, at *1 (D. Mont. Apr. 2, 2014) (same). Telford's notice of appeal divests this Court of jurisdiction over her motion to vacate because the motion to vacate involves the issues now on appeal.

## ORDER

Accordingly, **IT IS ORDERED** that Telford's motion to vacate (Doc. 25) is **DENIED**, subject to renewal following the Ninth Circuit Court of Appeals' decision on the pending appeal.

DATED this 4th day of November, 2019.

*/s/ Brian Morris*

Brian Morris
United States District Court Judge